AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Fogel, Jeremy D | 2. Court or Organization<br><br>N. D. California | 3. Date of Report<br><br>05/09/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. District Judge - active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>United States Courthouse<br>280 South First Street<br>San Jose, California 95113 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Lecturer | Stanford Law School |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 9/30/81 | California Judicial Retirement System: entitled to approximately 61% of then-current salary of Superior Court Judge as of my 63rd birthday |
| 2. | |
| 3. | |

DISCLOSURE FINANCIAL 2006 MAY 15 AM RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Fogel, Jeremy D | 05/09/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | Stanford Law School (teaching) | $ 10,000 |
| 2. 2005 | California Continuing Education of the Bar (compensation for writing introduction to ADR practice guide) | $ 300 |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | Las Gatos-Saratoga Joint Union High School District |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Institute for the Study and Development of Legal Systems | January 24-February 2 - Taipei, Taiwan and Delhi, India; legal exchange programs (transportation, meals and lodging) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fogel, Jeremy D | 05/09/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X]  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fogel, Jeremy D | 05/09/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Reber/Russell Co. (stock fund-assets listed below) | | | | | Part. Redem. | 3/29 | K | | |
| 2. | | | | | Part. Redem. | 12/29 | K | | |
| 3. Russell Equity I | B | Distribution | K | T | | | | | |
| 4. Russell Tax-Managed Lg Cap Fund | B | Distribution | L | T | | | | | |
| 5. Russell Int'l Cl. I | C | Distribution | L | T | | | | | |
| 6. Russell Emerging Mkts | A | Distribution | J | T | | | | | |
| 7. Russell Tax Exempt Bd | A | Interest | L | T | | | | | |
| 8. Fidelity Cash | A | Interest | J | T | | | | | |
| 9. Russell Tax-Free Money Market | | None | | | Reallocation | 1/3 | J | | |
| 10. Russell Tac-Mgd Mid & Sm Cap Fund | B | Distribution | K | T | | | | | |
| 11. Morgan Stanley Dean Witter IRA #1 (assets listed below) | | | | | | | | | |
| 12. MSDW Liquid Asset Fund | A | Dividend | J | T | | | | | |
| 13. Pioneer Mid-Cap Fund | A | Dividend | J | T | | | | | |
| 14. Van Kampen EAFE Select | A | Dividend | J | T | Buy | 5/26 | J | | |
| 15. John Hancock Regional Bank B | B | Interest | J | T | | | | | |
| 16. Morgan Stanley Dean Witter IRA #2 (assets listed below) | | | | | | | | | |
| 17. MSDW Liquid Asset Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fogel, Jeremy D | 05/09/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. MSDW Global Advantage B | A | Dividend | J | T | | | | | |
| 19. Pioneer Mid-Cap Fund | A | Dividend | J | T | | | | | |
| 20. John Hancock Regional Bank A | A | Interest | J | T | | | | | |
| 21. MS Spectrum Tech | A | Dividend | J | T | Buy | 5/26 | J | | |
| 22. MS Spectrum Select | A | Dividend | J | T | Buy | 5/26 | J | | |
| 23. MSDW Stock Fund #1 (assets listed below) | | | | | | | | | |
| 24. MSDW US Govt Moneymarket | A | Dividend | | | Reallocation | 5/26 | J | | |
| 25. MSDW Global Dividend Growth | A | Dividend | | | Sold | 5/26 | K | A | |
| 26. MSDW Information Fund | A | Dividend | | | Sold | 5/26 | J | A | |
| 27. MSDW Financial Scv Tr B | A | Dividend | | | Sold | 5/26 | J | A | |
| 28. MSDW Global Advantage Fund | A | Dividend | | | Sold | 5/26 | J | A | |
| 29. MSDW Govt Secs B | B | Dividend | | | Sold | 5/26 | K | A | |
| 30. MSDW Pacific Growth B | A | Dividend | | | Sold | 5/26 | J | A | |
| 31. MSDW American Opportunities B | A | Dividend | | | Sold | 5/27 | J | A | |
| 32. MSDW Dividend Growth B | A | Dividend | | | Sold | 5/27 | J | A | |
| 33. Orange County COP BE | A | Interest | | | Redemption | 12/1 | J | | |
| 34. MSDW Active Assets | A | Interest | J | T | Buy | 5/31 | J | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000

3. Value Method Codes (See Column C2)
P3 =$25,000,001 - $50,000,000
Q =Appraisal
U =Book Value
R =Cost (Real Estate Only)
V =Other
P4 =More than $50,000,000
S =Assessment
W =Estimated
T =Cash Market

| Name of Person Reporting | Date of Report |
|---|---|
| Fogel, Jeremy D | 05/09/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Van Kampen Comstock I | A | Dividend | K | T | Buy | 5/31 | K | | |
| 36. Van Kampen Growth & Income Fund | A | Dividend | K | T | Buy | 5/31 | K | | |
| 37. International Value Equity Fund | B | Distribution | K | T | Buy | 5/31 | K | | |
| 38. Mid-Cap Value Fund B | C | Distribution | K | T | Buy | 5/31 | K | | |
| 39. MSIF Fixed Income Port Inst | A | Dividend | J | T | Buy | 5/31 | J | | |
| 40. MSIF Tr Ltd Duration Inst | A | Dividend | K | T | Buy | 5/31 | K | | |
| 41. MSIF Emerging Markets | A | Dividend | J | T | Buy | 5/31 | J | | |
| 42. MSIF US Real Estate Port A | A | Dividend | J | T | Buy | 5/31 | J | | |
| 43. MSIF TR US Small Cap Val Inst | A | Dividend | J | T | Buy | 5/31 | K | | |
| 44. MSDW Stock Fund #2 (assets listed below) | | | | | | | | | |
| 45. MSDW Global Dividend Growth | A | Dividend | | | Sold | 5/27 | K | A | |
| 46. US Govt Money Market Tr | A | Dividend | | | Sold | 5/27 | K | A | |
| 47. MSDW Capital Opp Trust B | A | Dividend | | | Sold | 5/27 | J | A | |
| 48. MSDW Global Advantage Fund B | A | Dividend | | | Sold | 5/27 | J | A | |
| 49. MSDW Aggressive Equity Fund B | A | Dividend | | | Sold | 5/27 | K | A | |
| 50. MSDW US Govt Secs B | A | Dividend | | | Sold | 5/27 | J | A | |
| 51. MSDW Pacific Growth B | A | Dividend | | | Sold | 5/27 | J | A | |

1. Income Gain Codes:  A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
3. Value Method Codes   P3 =$25,000,001 - $50,000,000   R =Cost (Real Estate Only)   P4 =More than $50,000,000
(See Column C2)   Q =Appraisal   V =Other   S =Assessment   T =Cash Market
U =Book Value   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Fogel, Jeremy D | 05/09/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. MSDW European Growth B | A | Dividend | | | Sold | 5/27 | J | A | |
| 53. MSDW Dividend Growth B | A | Dividend | | | Sold | 5/27 | J | A | |
| 54. LA Conv Exhib BE | A | Interest | | | Redemption | 8/15 | K | | |
| 55. Santa Clara Elec B | A | Interest | J | T | | | | | |
| 56. US Tsy Bd Fed Str | A | Interest | J | T | | | | | |
| 57. MSDW Active Assets | A | Interest | J | T | Buy | 5/31 | J | | |
| 58. International Value Equity Fund | A | Dividend | K | T | Buy | 5/31 | K | | |
| 59. Mid-Cap Value Fund D | A | Dividend | K | T | Buy | 5/31 | K | | |
| 60. MSIF Fixed Income Port Inst | A | Dividend | J | T | Buy | 5/31 | J | | |
| 61. MSIF Tr Ltd Duration Inst | A | Dividend | K | T | Buy | 5/31 | K | | |
| 62. MSIF Emerging Markets | A | Dividend | J | T | Buy | 5/31 | J | | |
| 63. Van Kampen EAFE Select | A | Dividend | K | T | Buy | 5/31 | K | | |
| 64. Wachovia Securities Stock Fund #1 (assets listed below) | | | | | | | | | |
| 65. Europe Fund | A | Dividend | J | T | | | | | |
| 66. S&P Mid-Cap | A | Dividend | J | T | | | | | |
| 67. Nasdaq 100 SHS | A | Dividend | J | T | | | | | |
| 68. Spdr Tr Unit Ser 1 | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fogel, Jeremy D | 05/09/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Scudder New Asia Fund Inc. | A | Dividend | J | T | | | | | |
| 70. Wachovia Securities Stock Fund #2 (assets listed below) | | | | | | | | | |
| 71. Europe Fund | A | Dividend | J | T | | | | | |
| 72. S&P Mid-Cap | A | Dividend | J | T | | | | | |
| 73. Nasdaq 100 SHS | A | Dividend | J | T | | | | | |
| 74. Spdr Tr Unit Ser 1 | A | Dividend | K | T | | | | | |
| 75. Scudder New Asia Fd Inc | A | Dividend | J | T | | | | | |
| 76. World Savings IRA (CD) | A | Interest | J | T | | | | | |
| 77. World Savings IRA (CD) | A | Interest | J | T | | | | | |
| 78. Ice Lakes Lodge, Inc. common Stock | | None | J | U | | | | | |
| 79. Nortel Networks, inc. common stock | | None | J | T | | | | | |
| 80. LTCQ, Inc. common stock | | None | K | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fogel, Jeremy D | 05/09/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Fogel, Jeremy D | 05/09/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu                                                                    Date_____ 5/9/06_____

NOTE: A_____ ES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544